Filing # 52254381 E-Filed 02/08/2017 04:50:44 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR SUMTER COUNTY, FLORIDA
CIVIL DIVISON

CHRISTOPHER WALKER

    PLAINTIFF,

VS.                                              CASE NO.: 2017CA000051

TRANS UNION, LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.

    Defendants.

## COMPLAINT

COMES NOW Plaintiff Christopher Walker (hereinafter "Walker"), by counsel, and, for cause of action against Defendants Trans Union, LLC (hereinafter "Trans Union") and Experian Information Solutions, Inc. (hereinafter "Experian"), states the following:

1.

Plaintiff Christopher Walker is an adult resident citizen of Sumter County, Florida.

2.

Defendant Trans Union, LLC is a Delaware corporation registered to do business in the State of Florida and may be served with process upon the Prentice-Hall Corporation System, Inc., its registered agent for service of process, at 1201 Hays Street, Tallahassee, FL 32301.

3.

Defendant Experian Information Solutions, Inc. is an Ohio corporation registered to do business in the State of Florida and may be served with process upon the CT Corporation System, its registered agent for service of process, at 1200 South Pine Island Road, Plantation, FL 33324.

Electronically Filed Sumter Case # 2017CA000051AXMX 02/08/2017 04:50:44 PM

4.

Defendants Trans Union and Experian are consumer reporting agencies, as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Trans Union and Experian provide credit reports to third parties regarding consumers such as the Plaintiff.

5.

The Plaintiff moved from Ohio to Florida in 2009.

6.

The State of Ohio erroneously issued a tax lien against the Plaintiff for the tax year 2009.

7.

At some point after the issuance of the erroneous tax lien against the Plaintiff, the Defendants began reporting the erroneous tax lien as part of the Plaintiff's credit history.

8.

The Plaintiff disputed the inclusion of the erroneous tax lien on his credit reports to Defendants Trans Union and Experian on or about February 16, 2014.

9.

Pursuant to 15 U.S.C. § 1681i of the Fair Credit Reporting Act (hereinafter "FCRA"), Defendants Experian and Trans Union were required to perform reasonable investigations of the Plaintiff's disputes.

10.

Defendants Experian and Trans Union negligently and/or willfully violated 15 U.S.C. § 1681i by failing to perform reasonable investigations of the Plaintiff's disputes.

11.

The Plaintiff again disputed the inclusion of the erroneous tax lien on his credit reports to

Defendants Trans Union and Experian in November, 2015.

12.

Pursuant to 15 U.S.C. § 1681i of the Fair Credit Reporting Act (hereinafter "FCRA"), Defendants Experian and Trans Union were required to perform reasonable investigations of the Plaintiff's disputes.

13.

Defendants Experian and Trans Union negligently and/or willfully violated 15 U.S.C. § 1681i by failing to perform reasonable investigations of the Plaintiff's disputes.

14.

The Plaintiff again, for the third time, disputed the inclusion of the erroneous tax lien on his credit reports to Defendants Trans Union and Experian on or about February 23, 2016.

15.

Pursuant to 15 U.S.C. § 1681i of the Fair Credit Reporting Act (hereinafter "FCRA"), Defendants Experian and Trans Union were required to perform reasonable investigations of the Plaintiff's disputes.

16.

Defendants Experian and Trans Union negligently and/or willfully violated 15 U.S.C. § 1681i by failing to perform reasonable investigations of the Plaintiff's disputes.

17.

As a result of the negligent and/or willful violations of the Fair Credit Reporting Act by Defendants Experian and Trans Union, the erroneous tax lien disputed by the Plaintiff continued to be published to third parties as a part of the Plaintiff's credit history as reported by Experian and Trans Union.

18.

15 U.S.C. § 1681e(b) required Defendants Experian and Trans Union to follow reasonable procedures to assure maximum possible accuracy of the consumer reports they prepare regarding consumers such as the Plaintiff. Defendants Experian and Trans Union negligently and/or willfully violated 15 U.S.C. § 1681e(b) by reporting the erroneous tax lien on the Plaintiff's credit reports and by their continued reporting of the erroneous tax lien as part of the Plaintiff's credit history after the Plaintiff's disputes of the tax lien.

19.

As a result of the Defendants' negligent and/or willful violations of the Fair Credit Reporting Act, including 15 U.S.C. § 1681e(b) and § 1681i, the Plaintiff has suffered multiple adverse actions and denials of credit.

20.

Pursuant to 15 U.S.C. § 1681o of the Fair Credit Reporting Act, the Defendants' actions in negligently violating the Fair Credit Reporting Act entitle the Plaintiff to recovery of his actual damages as well as attorneys' fees and costs. In addition, the Defendants' actions in willfully violating the Fair Credit Reporting Act entitle the Plaintiff to the recovery of actual damages, punitive damages, attorneys' fees and costs, pursuant to 15 U.S.C. § 1681n.

21.

As a result of the Defendants' willful violations of 15 U.S.C. § 1681 *et seq.*, the Plaintiff is entitled to an award of punitive damages from the Defendants.

22.

The Defendants' actions and omissions are evidence of their recklessness, gross negligence, and a wanton disregard for the Plaintiff's rights, personal and financial safety, credit

reputation and good name, as well as the Plaintiff's emotional well being.

23.

Because of the acts and omissions of the Defendants, the Plaintiff has suffered financial loss, mental anxiety, emotional suffering, physical pain, worry, embarrassment, humiliation, and mental distress. In addition, the Plaintiff has incurred and will continue to incur litigation expenses and post litigation attorneys' fees which, but for the acts and omissions of the Defendants alleged herein, would not have been necessary. Further, the Defendants' acts and omissions were willful, malicious and demonstrative of a reckless disregard for the Plaintiff's rights and well being.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully demands damages of and from Defendants Experian Information Solutions, Inc., and Trans Union, LLC, for their violations of the Fair Credit Reporting act in an amount to be determined by the jury as actual and compensatory damages, and further demands judgment for punitive damages in such amount as the jury may determine appropriate to deter this conduct in the future and as allowed by law, as well as attorneys' fees and litigation expenses.

SIGNED this _____ day of February, 2017.

Respectively submitted,

*James E. Wade* (signature)

James E. Wade, III, Esq.
WadeLaw, P.A.
116 Bushnell Plaza
Bushnell, Florida 33513
352-568-2500
Florida Bar No. 374083
Attorney for Plaintiff
jameswade@wadelaw.us
pleadings@wadelaw.us